UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKS LIFE INSURANCE COMPANY OF NORTH AMERICA, | CASE NO. CV F 11-2147 LJO JLT |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. _____/ | |

On June 27, 2012, defendant filed a Notice of Settlement indicating that settlement has been reached in this case (Doc. 13). Pursuant to this Court's Local Rule160, this Court ORDERS the parties, **no later than July 27, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters, including the March 12, 2013 court trial scheduled in this matter.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:  June 28, 2012                                /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE