UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE BROOKS,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No.  1:11-CV-02147-LJO-JLT<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES** |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties.  The parties are to bear their own respective attorneys' fees and costs.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:  **July 12, 2012**                    /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE